## JUDGE MICHAEL W. FITZGERALD
## SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | 2:25-cv-11290-MWF-BFM |
|---|---|
| Case Name | RAFTARI v. UNITED FINANCIAL CASUALTY COMPANY, et al. |

| Matter | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|
| [X] Jury Trial  or  [     ] Court Trial **(Tuesday at 8:30 a.m.)** Duration Estimate: 2 - 3 Days | 3/2/2027 | 3/2/2027 | |
| Final Pretrial Conference [LR 16] and Hearing on Motions *In Limine* **(Monday at 11:00 a.m. -- three (3) weeks before trial date)** Motions *In Limine* must be filed **three (3) weeks** before this date; oppositions are due **two (2) weeks** before this date; no reply briefs. | 2/8/2027 | 2/8/2027 | |

| Event | Weeks Before Trial | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|---|
| Last Date to Hear Motion to Amend Pleadings / Add Parties | (12 weeks after scheduling conference) | 5/25/2026 | 5/25/2026 | |
| Non Expert Discovery Cut Off (at least 4 weeks before last date to hear motions) | 18 | 10/27/2026 | 10/27/2026 | |
| Expert Disclosure (Initial) | | 11/3/2026 | 11/3/2026 | |
| Expert Disclosure (Rebuttal) | | 11/17/2026 | 11/17/2026 | |
| Expert Discovery Cut Off | 14 * | 11/24/2026 | 11/24/2026 | |
| Last Date to *Hear* Motions (**Monday at 10:00 a.m.**) | 14 | 11/24/2026 | 11/24/2026 | |
| Last Date to Conduct Settlement Conference | 12 | 12/8/2026 | 12/8/2026 | |
| For Jury Trial ♦ File Memorandum of Contentions of Fact and Law, LR 16 4 ♦ File Exhibit and Witness Lists, LR 16 5.6 ♦ File Status Report Regarding Settlement ♦ File Motions *In Limine* | 6 | 1/19/2027 | 1/19/2027 | |
| For Jury Trial ♦ Lodge Pretrial Conference Order, LR 16 7 ♦ File Agreed Set of Jury Instructions and Verdict Forms ♦ File Statement Regarding Disputed Instructions, Verdicts, etc. ♦ File Oppositions to Motions *In LImine* | 5 | 1/26/2027 | 1/26/2027 | |
| For Court Trial ♦ Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | 3 | 2/9/2027 | 2/9/2027 | |

* The parties may choose to cut off expert discovery prior to MSJ briefing.

ADR [LR 16-15] Selection:

[X] Attorney Settlement Officer Panel        [ ] Private Mediation        [ ] Magistrate Judge (with Court approval)

**EXHIBIT A**